FILED: December 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1669
(3:22-cv-00532)
_____

JANE ROE

       Plaintiff - Appellant

v.

MARSHALL UNIVERSITY BOARD OF GOVERNORS

       Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 01/13/2025

Any reply brief: 21 days from service of response brief.

               For the Court--By Direction

               /s/ Nwamaka Anowi, Clerk