FILED: January 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1669
(3:22-cv-00532)

_____

JANE ROE

       Plaintiff - Appellant

v.

MARSHALL UNIVERSITY BOARD OF GOVERNORS

       Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 03/07/2025. Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk